```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

ANTHONY HARRIS, # 202236,            *
                                     *
    Plaintiff,                       *
                                     *
vs.                                  * CIVIL ACTION NO. 23-00146-JB-B
                                     *
JESSE TRAWEEK, *et al.*,             *
                                     *
    Defendants.                      *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 1, 2023 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice**, prior to service of process, as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE and ORDERED** this 22nd day of May, 2023.

                                            /s/ JEFFREY U. BEAVERSTOCK
                                            CHIEF UNITED STATES DISTRICT JUDGE