```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

ANTHONY HARRIS, # 202236,     \*
                                   \*
    Plaintiff,                 \*
                                   \*
vs.                            \* CIVIL ACTION NO. 23-00146-JB-B
                                   \*
JESSE TRAWEEK, *et al.*,     \*
                                   \*
    Defendants.                \*

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 22nd day of May, 2023.

                                        /s/ JEFFREY U. BEAVERSTOCK
                                        CHIEF UNITED STATES DISTRICT JUDGE